# EXHIBIT F

## MULTIPLY & REIGN

# Main Event Featuring



## Natalie Plain

**CEO & Founder, Billion Dollar Beauty®**

Natalie will share the 7 Plain Pillars to building a business from her book "The Plain Truth About Building a Billion Dollar Brand"

From start-up mode to scaling and building wealth - Natalie will break it down in bite size bits and how she built Billion Dollar Brands® and YOU can too!



**Date:** 3 October 2025

**Time** 10:00am - 1:00pm



🌐 shereigns.global    ✉ dsarabosing@gracevc.com    📍 18565 Jamboree Rd, Irvine CA

## THE BRAIN BEHIND THE BRAND

## Bio



# Natalie Plain

### CEO & Founder, Billion Dollar Beauty®

Natalie Plain is the CEO and Founder of Billion Dollar Beauty®– A Consumer Product Goods brand that is distributed throughout, Australia, Asia, Europe and North America.

As an industry veteran of nearly 20 years, Natalie has spun off her fortress of Billion Dollar intellectual property into the launch of Billion Dollar Brands® where she owns everything from concept to the consumer experience.

Natalie has developed every vertical in her corporation and continues to break new ground through strategic brand acquisitions, licensing rights and Federal contracts with the United States government.

As a certified Women Owned company, Natalie studied and earned her trade through mentorship such as serving as a White House journalist - Working as an intern in the Press Office for the First Lady and as a correspondent to President Bill Clinton.

Natalie graduated from California State Long Beach with a B.A. degree and currently resides in Southern California with her husband and two children.

shereigns.global    dsarabosing@gracevc.com    18565 Jamboree Rd, Irvine CA