# EXHIBIT I

9:00

**Saved**

 **anastasiabeverlyhills** and **anastasiasoare** •••



Coming October 28, 2025 –
Now Available for Preorder.

● ● ●

♡ **2,407**   💬 **334**   ⟳   ◁

 Liked by **natalieplain** and **others**

**anastasiabeverlyhills** RAISING BROWS is my story, but it's also for anyone who's faced obstacles and dared to dream big. 💫

From humble beginnings as an immigrant chasing the American Dream to mastering my craft and disrupting the beauty industry with Anastasia Beverly Hills, I've learned that success isn't just about talent — it's about









