# EXHIBIT K

3:48
billiondollarbeauty
For you
Accounts
Reels
Audio
Tags
Meta AI
Billion Dollar Beauty is a beauty and cosmetics company offering a range of products, including brow care, eyeshadow, and mascara, with a Labor Da... more
billion dollar lashes
billion dollar sale
145K
945
RAISING BROWS
LIVE EVENT
Building Your Dream into a Billion-Dollar Brand
Blush-aholic
3,686
302
bdb
How to get

3:49
raisingbrows
For you
Accounts
Reels
Audio
Tags
Meta AI
Raising eyebrows can signify a range of reactions, primarily astonishment, surprise, disbelief, or disapproval, and is a potent nonverbal cue insta... more
Eyebrow Raise Meaning
Eyebrow Growth Hacks
RAISING BROWS
MY STORY OF BUILDING A BILLION DOLLAR BEAUTY EMPIRE
ANASTASIA SOARE
RAISING BROWS
MY STORY OF BUILDING A BILLION DOLLAR BEAUTY EMPIRE
ANASTASIA SOARE
BILLION DOLLAR
945
bdb | billion dollar beauty
RAISING BROWS PEN
RAISING BROWS
LIVE EVENT
Building Your Dream into a Billion-Dollar Brand
RAISING BROWS
MY STORY OF BUILDING A BILLION DOLLAR BEAUTY EMPIRE
ANASTASIA SOARE
RAISING BROWS
LIVE EVENT
Building Your Dream into a Billion-Dollar Brand