# EXHIBIT L

- Anastasia Beverly Hills founder Anastasia Soare and Oprah Winfrey are collaborating for *Raising Brows Live*
- The event will be hosted two days after the launch of Soare's memoir, *Raising Brows*
- *Raising Brows Live* will feature an "intimate conversation between two icons about dreams, destiny and the lessons learned along the way"

Anastasia Soare and Oprah Winfrey are meeting up for *Raising Brows Live*.

Ahead of the upcoming debut of her memoir *Raising Brows*, Soare — the founder of Anastasia Beverly Hills — will open up about building her beauty brand in *Raising Brows LIVE: Building Your Dream into a Billion Dollar Brand — Anastasia Soare in conversation with Oprah Winfrey*. Set to take place two days after the book launches, the event will see "an intimate conversation between two icons about dreams, destiny and the lessons learned along the way."

*Raising Brows LIVE* will be hosted at Wilshire Ebell Theatre in Los Angeles on Oct. 23 from 5 p.m. to 7 p.m. PT.

