# EXHIBIT M


