# EXHIBIT N


