# EXHIBIT P







